ANDRE BIROTTE, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL W. LAYTON (SBN 240763)
Assistant United States Attorney
Room 7211 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: 213-894-6165
Fax: 213-894-0115
Email: Daniel.Layton@usdoj.gov


DANIEL A. APPLEGATE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
Email: daniel.a.applegate@usdoj.gov

Attorneys for Plaintiff
United States of America

*MADE JS-6*

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIA TERESITA VIRAY, ) <br> individually and d/b/a TVDM TAX ) <br> SERVICES, MTV TAX SERVICES, ) <br> and NEW HORIZON TAX SERVICES, ) <br> ) <br> Defendant. ) | Civil No. 12-cv-1016-GW <br><br> **Final Order of Permanent Injunction** |

The United States of America filed a complaint in which it seeks a permanent injunction under 26 U.S.C. § 7402(a), 7407, and 7408 against Maria Teresita Viray, individually and doing

business as TVDM Tax Services, MTV Tax Services, and New Horizon Tax Services. The United States alleges that Maria Teresita Viray has continually and repeatedly engaged in conduct subject to penalty under 26 U.S.C. §§ 6694 and 6701 in connection with her preparation of federal tax returns. The United States of America and Maria Teresita Viray entered into the following stipulation:

Maria Teresita Viray waives the entry of findings of fact and conclusions of law under Rules 52 and 65 of the Federal Rules of Civil Procedure, consents to the entry of this permanent injunction, and agrees to be bound by its terms.  The United States and Maria Teresita Viray agree that no provision in this order of permanent injunction or the fact that Maria Teresita Viray is agreeing to it constitutes an admission by her of any of the allegations set forth by the United States in the foregoing paragraph or in its complaint.  Maria Teresita Viray understands that this order of permanent injunction constitutes the final judgment in this matter, and waives the right to appeal from this judgment.

The United States and Maria Teresita Viray further agree that entry of this order of permanent injunction neither precludes the Internal Revenue Service from assessing penalties against Maria Teresita Viray for asserted violations of the Internal Revenue Code nor precludes Maria Teresita Viray from contesting such penalties.  Maria Teresita Viray further understands and agrees that the Court will retain jurisdiction over this matter for the purpose of implementing and enforcing this order of permanent injunction and understands that if she violates the injunction, she may be subject to civil and criminal sanctions for contempt of court.

**ORDER OF PERMANENT INJUNCTION**

Based on the stipulation between the parties,

IT IS HEREBY ORDERED that Defendant Maria Teresita Viray and those persons in active concert or participation with her, are enjoined pursuant to Internal Revenue Code (I.R.C.)

(26 U.S.C.) §§ 7402, 7407 and 7408, effective from entry of this Order of Permanent Injunction, from directly or indirectly:

    (1)    acting as a federal tax return preparer, or assisting in, directing, or advising others with the preparation or filing of federal tax returns, amended returns, or other related documents or forms for any person or entity other than herself, or appearing as a representative on behalf of any person or organization before the Internal Revenue Service;

    (2)    engaging in conduct that substantially interferes with the proper administration or enforcement of the internal revenue laws.

IT IS FURTHER ORDERED that Maria Teresita Viray shall contact, within fifteen days of this Order of Permanent Injunction, by United States mail and, if an e-mail address is known, by e-mail, all persons for whom she prepared federal tax returns or claims for a refund for tax years 2007 through 2010, to inform them of the permanent injunction entered against her, and provide to counsel for the United States within 30 days a signed and dated certification that she so informed these persons.

IT IS FURTHER ORDERED that Maria Teresita Viray shall produce to counsel for the United States, within fifteen days of this Order of Permanent Injunction, a list that identifies by name, social security number, address, e-mail address, and telephone number and tax period(s) all persons for whom she prepared federal tax returns or claims for refund for tax years 2007 through 2010.

IT IS FURTHER ORDERED that Maria Teresita Viray shall provide a copy of this Order of Permanent Injunction to all of her principals, officers, managers, employees, and independent contractors within fifteen days of this Order, and provide to counsel for the United States within 30 days a signed and dated acknowledgment of receipt of this Order for each person to whom she provided a copy of this Order.

IT IS FURTHER ORDERED that the United States is permitted to engage in post-judgment discovery to ensure compliance with the terms of this Order of Permanent Injunction.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over Maria Teresita Viray and over this action to implement and enforce this Order of Permanent Injunction.

**IT IS SO ORDERED**.

Date: February 13, 2012

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

ANDRE BIROTTE, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL W. LAYTON
Assistant United States Attorney

DANIEL A. APPLEGATE
Trial Attorney
U. S. Department of Justice, Tax Division

Attorneys for Plaintiff, United States of America